NO. SCWC-30133

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

WORLD BOTANICAL GARDENS, INCORPORATED, a Nevada corporation,
Respondent/Plaintiff-Appellee,

vs.

WALTER WAGNER, LINDA WAGNER, and DAN PERKINS,
Petitioners/Defendants-Appellants,

and

DAVID ADAMS, Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30133; CIV. NO. 05-1-0210)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, Acting C.J., Acoba, Duffy, and McKenna, JJ.
and Circuit Judge Lee in place of Recktenwald, C.J., recused)

Petitioners/Defendants-Appellants's application for

writ of certiorari filed on October 27, 2011, is hereby rejected.

DATED:  Honolulu, Hawai'i, December 6, 2011.

Walter L. Wagner, Linda M.
Wagner, and Dan Perkins,
Petitioners/Defendants-
Appellants pro se, on the
application

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna

/s/ Randall K. O. Lee

